Opinion filed January 5, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed January 5, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00348-CR 

                                                    __________

 

                              LAURA
ASHLEY WADDELL, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                               On
Appeal from the County Court

 

                                                        Midland
County, Texas

 

                                                   Trial
Court Cause No. 108431

 



 

                                                                   O
P I N I O N

Laura
Ashley Waddell has filed in this court a motion to dismiss her appeal.  The motion is signed by both appellant and
her attorney.  The motion is granted.

The
appeal is dismissed.

 

January
5, 2006                                                                        PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.